

December 29, 2017

**MEMORANDUM**

To:   Douglas C. Palmer, U.S. District Clerk

From:   Michelle Rodriguez, U.S. Probation Officer

Re:   **CRAIM, Nabar, MDNC Docket#: 1:06-CR-76-1**

**Request for Acceptance of Jurisdiction**

Reference is made to the above-captioned individual who was sentenced on March 30, 2007, by the Honorable William L. Osteen, United States District Judge to one hundred twenty (120) months as to Count 2 and sixty (60) months as to Count 4 to run consecutively, followed by five (5) years term of supervised release, and a $200.00 special assessment fee. The following special conditions were ordered: 1) the defendant shall submit to substance abuse testing, at any time, as directed by the probation officer. The defendant shall cooperatively participate in a substance abuse treatment program, which may include drug testing or inpatient/residential treatment, and pay for treatment services, as directed by the probation officer. During the course of treatment, the defendant shall abstain from the use of alcoholic beverages. 2) the defendant shall provide any requested financial information to the probation officer. This sentence followed Mr. Criam's conviction upon a plea of guilty to Possession with Intent to Distribute Cocaine Base, a Class A Felony, in violation to 21:841(a)(1) & (b)(1)(A) and Possession of Firearms during Drug Trafficking Crime, a Class A Felony, in violation to 18:924(c)(1)(A)(i).

The purpose of this memorandum is to inform that our office initiated a transfer of jurisdiction request from the Middle District of North Carolina given Mr. Criam's ties to our district and on December 14, 2017, the Honorable William L. Osteen ordered transfer of jurisdiction to Eastern District of New York. In light of the aforementioned and pursuant to 18 USC 3605, our office is requesting that this case be docketed and assigned to a U.S. District Judge.  We have attached the original Probation 22 transfer of jurisdiction forms signed by the Honorable William L. Osteen, initiating the transfer process.

*The Middle District of North Carolina Probation Department has requested that an original fully-executed Probation Form 22 be returned to their office, which they will forward to their Clerk of the Court.*

Please contact Officer Rodriguez at (347) 534-3522, if you require additional information regarding this matter.

RESPECTFULLY SUBMITTED:


EILEEN KELLY
CHIEF U.S. PROBATION OFFICER


PREPARED BY: _____
    Michelle Rodriguez, U.S. Probation Officer


APPROVED BY: _____
    Richard Azarian, Supervising U.S. Probation Officer